# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LARRY DAVID DAVIS**                                          **PETITIONER**
**ADC #123330**

**VS.**                         **NO. 4:26-cv-00119-JM-ERE**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                 **RESPONDENT**

## ORDER

Before the Court is Petitioner Larry David Davis's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed February 3, 2026. *Doc. 1*. For reasons that follow, the petition is dismissed without prejudice as successive and unauthorized.

Mr. Davis challenges his 2019 conviction for commercial burglary and breaking or entering. *State v. Davis*, No. 60CR-2018-2636 (Pulaski County Cir. Ct). In 2020, Mr. Davis filed a § 2254 petition in this Court challenging the same conviction. *Davis v. Payne*, No. 4:20-cv-01441-JM (E.D. Ark) (Docs. 6, 9). The Court subsequently dismissed Mr. Davis's earlier petition with prejudice. *Id*. (Docs. 9, 20). Mr. Davis appealed, and the Eighth Circuit denied a certificate of appealability. *Id*. (Docs. 29, 30).

Pursuant to the Antiterrorism and Effective Death Penalty Act of 1996, petitioners who have previously filed a federal habeas petition must first obtain

authorization from the appropriate federal court of appeals before filing a second or successive habeas petition. 28 U.S.C. § 2244(b)(3)(A); see also *Burton v. Stewart*, 549 U.S. 147, 152-53, 157 (2007); *Williams v. Hobbs*, 658 F.3d 842, 853 (8th Cir. 2011). Based on a review of Eighth Circuit records, Mr. Davis has never requested nor received authorization to file a successive § 2254 petition. Until and unless Mr. Davis obtains the required authorization from the Eighth Circuit, this Court lacks jurisdiction to consider a second habeas petition. *Burton*, 549 U.S. at 152.

Accordingly, Mr. Davis's petition (*Doc. 1*) is DISMISSED WITHOUT PREJUDICE, and the requested relief is DENIED.

IT IS SO ORDERED this 10th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE

2