**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LARRY DAVID DAVIS**                                                                  **PETITIONER**
**ADC #123330**

**VS.**                                        **NO. 4:26-cv-00119-JM-ERE**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                            **RESPONDENT**

## Judgment

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISIMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE